1060

No. 81–6969.   LACE ET AL. v. UNITED STATES, *ante*, p. 854;

No. 81–6998.   OGROD ET AL. v. SCHOOL DISTRICT OF PHILADELPHIA, *ante*, p. 805;

No. 82–5.   SUPERIOR OIL CO. v. CITY OF PORT ARTHUR, TEXAS, ET AL., *ante*, p. 802;

No. 82–66.   MAZALESKI v. MAY, *ante*, p. 859;

No. 82–199.   VALERINO v. VALERINO, *ante*, p. 864;

No. 82–240.   THEOHAROUS v. DEER RUN SHORES PROPERTY OWNERS ASSN., INC., *ante*, p. 899;

No. 82–279.   MARTIN v. UNITED STATES, *ante*, p. 865;

No. 82–5001.   SMITH v. GEORGIA, *ante*, p. 882;

No. 82–5027.   HUDAK v. CURATORS OF THE UNIVERSITY OF MISSOURI ET AL., *ante*, p. 867;

No. 82–5088.   JOHNSON v. TENNESSEE, *ante*, p. 882;

No. 82–5090.   BROOKS v. ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante*, p. 882;

No. 82–5188.   BREEDLOVE v. FLORIDA, *ante*, p. 882;

No. 82–5190.   WENDT v. MACDOUGALL, *ante*, p. 912;

No. 82–5204.   WAYLAND v. REGISTRY OF DEEDS, SALEM, ET AL., *ante*, p. 899;

No. 82–5209.   BUCHANAN v. JEFFERSON COUNTY ET AL., *ante*, p. 912;

No. 82–5225.   PENICK v. VIRGINIA, *ante*, p. 913;

No. 82–5227.   DICKERSON v. JOHNSON, ADMINISTRATOR, VETERANS ADMINISTRATION, ET AL., *ante*, p. 875;

No. 82–5234.   JOHL v. TOWN OF GROTON ET AL., *ante*, p. 913;

No. 82–5264.   IN RE SIMS, *ante*, p. 903;

No. 82–5288.   SELLARS v. CITY OF LOS ANGELES, CALIFORNIA, ET AL., *ante*, p. 946; and

No. 82–5362.   DIXON v. MACDOUGALL, *ante*, p. 915.   Petitions for rehearing denied.